**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARACELI NAVARRO CORAZA aka ARACELI NAVARRO and LUIS OSEGUEDA MOZ,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | No.: 2:21-cv-07920-JAK-SK<br><br>**ORDER RE STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES (DKT. 23)** |

Based on a review of the parties' Stipulation Regarding Plaintiff's Attorney's Fees, Costs and Expenses (the "Stipulation" (Dkt. 23)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Defendant FCA US LLC shall pay the sum of $6,500.00 to Plaintiffs and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action. Defendant shall pay the sum of $6,500.00 to
/ /

-1-

Plaintiffs within 60 days of March 11, 2022 unless matters outside of the control of Defendant cause delay.

**IT IS SO ORDERED.**

Dated: March 17, 2022

John A. Kronstadt
United States District Judge